(V. D. 59)

E. LEITZ, INC. *v.* UNITED STATES

Entry No. 963698, etc.

(Decided December 11, 1957)

*Eugene R. Pickrell* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *E. Leitz, Inc.* v. *United States*, 36 Cust. Ct. 391, Abstract 59812. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as follows:

| Entry No. | Merchandise | United States dollars per each |
|---|---|---|
| 905591 | 6 Polarizing Microscopes CM–U 11ORU fitted with special level for stage UT–5. | $334. 04 |
| " | 6 wooden containers to fit | 22. 96 |
| 909453 | 12 Microscopes ORTHOLUX with Binocular monocular tube OIYEESINE instead of binocular tube ORSEH. | 495. 60 |
| " | 12 wooden containers to fit | 5. 60 |
| 973643 | 2 Polarizing Microscopes SY 110GZ | 551. 04 |
| " | 2 wooden containers to fit | 25. 76 |
| | all items less 25 per centum discount | |

I further find such values to be the dutiable values of said merchandise.

Insofar as the action relates to all other merchandise, it is hereby dismissed.

Judgment will be entered accordingly.